UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

RABBI NAFTALI HOROWITZ,

    Case No.: 7:26-cv-00504-JGLC

                Plaintiff,

        -against-

**DEFENDANTS'
NOTICE OF MOTION TO
DISMISS COMPLAINT**

TOWN OF CLARKSTOWN, N.Y., TOWN COUNCIL
OF THE TOWN OF CLARKSTOWN, N.Y., ZONING
BOARD OF APPEALS OF THE TOWN OF
CLARKSTOWN, N.Y.,

               Defendants.

---------------------------------------------------------------------- X

TO (via ECF):     Joseph A. Churgin
               Savad Churgin
               55 Old Turnpike Road, Suite 209
               Nanuet, New York 10954
               *Attorney for Plaintiff*

PLEASE TAKE NOTICE that upon the annexed declaration of Eliza M. Scheibel, Esq., dated March 12, 2026, and the exhibits thereto; the annexed memorandum of law dated March 12, 2026; and all the prior proceedings herein, defendants Town of Clarkstown, N.Y., Town Council of the Town of Clarkstown, N.Y., Zoning Board of Appeals of the Town of Clarkstown, N.Y., (collectively, the "Defendants") will move this Court, before the Hon. Jessica G. L. Clarke, on April 23, 2026, or as soon thereafter as counsel may be heard, for an Order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint of Plaintiff Rabbi Naftali Horowitz with prejudice as against the Defendants; and for such other, further or different relief as the Court in its discretion may deem just and proper.

PLEASE TAKE FURTHER NOTICE, pursuant to Local Rule 6.1(b) opposition papers must be filed on March, 26, 2026.

331600110v.1

Dated: White Plains, New York
        March 12, 2026

                                Respectfully submitted,

                                WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP
                                Attorneys for the Defendants



John M. Flannery, Esq.
Eliza M. Scheibel, Esq.
Alexander Lamonica, Esq.
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
eliza.scheibel@wilsonelser.com
Our File No.: 12129.00363

331600110v.1