UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

RABBI NAFTALI HOROWITZ,

                Plaintiff,

                -against-

TOWN OF CLARKSTOWN, N.Y., TOWN COUNCIL
OF THE TOWN OF CLARKSTOWN, N.Y., ZONING
BOARD OF APPEALS OF THE TOWN OF
CLARKSTOWN, N.Y.,

                Defendants.
------------------------------------------------------------------------- X

Case No.: 7:26-cv-00504-JGLC

**DECLARATION OF ELIZA M.
SCHEIBEL IN SUPPORT OF
MOTION TO DISMISS**

ELIZA M. SCHEIBEL, an attorney duly admitted to practice law before the courts of the state of New York and before the United States District Court for the Southern District of New York, hereby declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the firm Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys for the Defendants Town of Clarkstown, N.Y. ("Town"), Town Council of the Town of Clarkstown, N.Y., and Zoning Board of Appeals of the Town of Clarkstown, N.Y. ("ZBA") (collectively the "Defendants").

2. I submit this declaration in support of the Defendants' motion to dismiss Plaintiff's Complaint.

3. The attached exhibits are either incorporated to the Complaint by reference, integral to the Complaint, or are documents of which the court may take judicial notice.

4. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiff's Complaint filed in this matter on January 20, 2026, at DE #1.

1

5. Attached hereto as **Exhibit B** is a true and accurate copy of a table in the Town's Zoning Code entitled "Table 1 Residential Zoning Districts Land Use." *See Kramer v. Time Warner, Inc.*, 937 F.2d 767, 774 (2d Cir. 1991) ("[T]he Court may also take judicial notice of the Town's existing and past zoning laws[.]"

6. Attached hereto as **Exhibit C** is a true and accurate copy the ZBA Decision on Plaintiff's Area Variance Application, as referenced and quoted throughout Plaintiff's Complaint. *See* Ex. A, ¶¶98-168); *see Missere v. Gross*, 826 F. Supp. 2d 542, 553 (S.D.N.Y. 2011) (court may take judicial notice of ZBA decision).

7. Attached hereto as **Exhibit D** is a true and accurate copy of a table in the Town's Zoning Code entitled "Table 12 General Bulk Requirements). *See Kramer*, 937 F.2d 767.

8. Attached hereto as **Exhibit E** is a true and accurate copy of a table in the Town's Zoning Code entitled "Table 2 Residential Zoning District Parking and Loading Requirement). *See Kramer*, 937 F.2d 767.

9. Attached hereto as **Exhibit F** is a true and accurate copy of email correspondence regarding Plaintiff's variance application between the Clarkstown Building Inspector and Plaintiff's Designated Representative, referenced in paragraphs 91, 93, 95, and 96, of Plaintiff's Complaint.

10. Attached hereto as **Exhibit G** is a true and accurate copy of the October 27, 2025, ZBA minutes regarding second story application #4419, and the August 4, 2025, and September 8, 2025, ZBA minutes regarding sunroom application #4409, and, as referenced, respectively, in paragraphs 135 and 136 of Plaintiff's Complaint.

11. Attached hereto as **Exhibit H** is a true and accurate copy of a March 22, 2016 Town Resolution adopting Local Law 5 of 2016 and accompanying documents including the State Environmental Quality Review Negative Determination and the Proposed Law.

WHEREFORE, the Clarkstown Defendants' motion to dismiss should be granted.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of March 2026.

Eliza M. Scheibel, Esq.