

April 21, 2026

**Eliza M. Scheibel**
914.872.7303 (direct)
Eliza.Scheibel@wilsonelser.com

Via ECF



The Honorable Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Rm 1040
New York, New York 10007

Re:     *Rabbi Naftali Horowitz v. Town of Clarkstown, N.Y. et al.*
         Case No. 7:26-cv-00504-JGLC

Dear Judge Clarke:

We represent the defendants in this action.  We write on behalf of all parties, pursuant to this Court's instruction (Doc. 26), to request adjournment of the May 13, 2026 initial pretrial conference scheduled in this matter.  The parties' settlement discussions are ongoing at this time and may obviate the need for the conference.

Respectfully submitted,

*Eliza M. Scheibel*

Eliza M. Scheibel, Esq.

Application GRANTED. The initial pretrial conference in this matter, currently scheduled for May 13, 2026, at 11:00 a.m., is ADJOURNED *sine die*. The parties are directed to file a joint status update no later than May 22, 2026. The Clerk of Court is respectfully directed to terminate ECF No. 27.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

CC: All Parties via ECF

Dated: April 22, 2026
          White Plains, New York

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY