# SAVAD | CHURGIN
## ATTORNEYS AT LAW

Paul Savad (1941-2020)
Joseph A. Churgin

**Of Counsel**
Susan Cooper
Donna Sobel

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954

(845) 624-3820
Fax: (845) 624-3821

June 5, 2026

Victoria Reznik, United States Magistrate Judge
U.S. District Court Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE:    *Rabbi Naftali Horowitz v. Town of Clarkstown, N.Y. et al.*
       Case No.: 7:26-cv-00504-JGLC

Your Honor:

We represent the Plaintiff in the above action.

This letter is submitted pursuant to your Order of June 1, 2026 (Doc. No. 34)

We respectfully request an adjournment of the status conference currently scheduled for July 22, 2026, which date falls during our client's observance of a religious holiday (*Tisha B'Av*).

We are available during the month of August.

We thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH A. CHURGIN
JAC/mc
cc:    Eliza M. Scheibel, Esq.
       Rabbi Naftali Horowitz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**Rabbi Naftali Horowitz,**

Plaintiffs,

-against-

**Town of Clarkstown, N.Y. et al,**

Defendant.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/1/2026

**ORDER RE STATUS CONFERENCE**

*7:26 cv 504- JGLC-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **July 22, 2026 at 10:30 AM**. The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044 and then # to enter the conference**.

In advance of the conference, the parties are to meet and confer, in accordance with Rule 26(f) of the Federal Rules of Civil Procedure, about a proposed Case Management Plan (the form for which is attached to this Order). The proposed Case Management Plan should be submitted to the Court as a proposed order via ECF **three (3) business days before the scheduled conference**.

At the Status Conference, the parties should be prepared to discuss the proposed deadlines in the Case Management Plan along with the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

**SO ORDERED.**

DATED:     White Plains, New York
           June 1, 2026

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge