UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Hotowitz,

                    Plaintiffs,

        -against-

Town of Clarkstown, NY et al.,

                  Defendant.

-----------------------------------------------------------------X

**RESCHEDULING ORDER**

*7:26-cv-504 JGLC-VR*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2026

**VICTORIA REZNIK, United States Magistrate Judge:**

The status conference previously scheduled for July 22, 2026, before the Hon. Victoria Reznik, U.S.M.J., has been rescheduled for **August 6, 2026 at 10:30 am.**

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE CHANGE IMMEDIATELY!**

        **SO ORDERED.**

DATED:     White Plains, New York
            June 8, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge