USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Horowitz,

Plaintiff,

-against-

Town of Clarkstown, N.Y., et al.,

Defendants.

---------------------------------------------------------------X

**SCHEDULING ORDER**

26-cv-00504-JGLC-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court previously scheduled a status conference for **August 6, 2026 at 10:30 am.** (ECF No. 37). In light of Defendants' letter motion to stay discovery and plaintiff's letter reply (ECF Nos. 41, 43), the Court will convert that status conference into a discovery conference (via telephone). The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the discovery conference, the parties should be prepared to discuss the issues raised in ECF Nos. 41 and 43.

**SO ORDERED.**

DATED: White Plains, New York
July 22, 2026

VICTORIA REZNIK
United States Magistrate Judge